UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
JAMES E. DRY                                    Case No.: 20-12919-EPK
SSN:XXX-XX-9204                                 Chapter 13
  Debtor(s)
_____/

## DEBTORS MOTION TO PAY INTEREST ON DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICES UNSECURED PRIORITY CLAIM #7

The Debtor, James E. Dry, by and through the undersigned attorney, files this Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Unsecured Priority Claim #7 and states:

1. The Department of the Treasury-Internal Revenue Services is owed an unsecured priority tax claim as set forth in Claim # 7 for tax year 2018. The Department of the Treasury-Internal Revenue Service takes the legal position that interest accrues on said amount over the Chapter 13 Plan period, and that the accrued interest in non-dischargeable.

2. The accrual of said non-dischargeable interest severely hampers the Debtor's ability to effectually reorganize and jeopardizes their fresh start. Thus, the Debtor seeks to separately pay the Department of the Treasury/IRS claim 5% interest on its general priority claim (or any future amendments thereto) through the Chapter 13 Plan.

3. The undersigned counsel further requests attorney fees/costs of $500.00 as a result of filing this motion.

**WHEREFORE**, the Debtor, respectfully requests that this Court enter an Order: (1) allowing the Debtor to pay the Department of the Treasury/IRS 5% interest on any priority unsecured claim of the Department of the Treasury/IRS through the Chapter 13 Plan for tax year 2018 (including amended or modified plans); (2) approving $500.00 in attorneys

fees/costs; and (3) such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to: Robin R. Weiner, Trustee, P. O. Box 559007, Ft. Lauderdale, FL 33355-9007; and Office of the U.S. Trustee, 51 S.W. First Ave., Ste. 1204, Miami, FL 33130; The Department of the Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19107-7346; William P. Barr, Attorney General of the United States, 950 Pennsylvania Ave., NW, Room 4400, Washington, D.C. 20530; Hon. Ariana Fajardo Orsham ,United States Attorney, Southern District of Florida, 99 NE4th St., Miami, FL 33132; Special Assistant United States Attorney, Associate Area Counsel (SBSE), Ft. Lauderdale, 1000 South Pine Island Road, Ste. 300, Plantation, FL 33324; and all on the attached service list, this 23rd day of April, 2020

> JAMES E. COPELAND, P.A.
> P.O.Box 32877
> Palm Beach Gardens, Florida 33420
> Tel: (561) 881-8989
> Fax:(561) 881-8985
> Email: jamesecopeland@bellsouth.net
>
> By:_____
> JAMES E. COPELAND
> Fla. Bar No.: 328103

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 20-12919-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Apr 23 09:26:50 EDT 2020 | John Deere Financial, F.S.B.<br>c/o John C. Hanson, II<br>200 S. Biscayne Blvd Suite 1650<br>Miami, FL 33131-2310 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | AdventHealth Sebring<br>PO Box 86439<br>Orlando, FL 32886-4399 | Badcock & More<br>P.O. Box 724<br>Mulberry, FL 33860-0724 |
| Best Buy Credit Services<br>PO Box 790441<br>Saint Louis, MO 63179-0441 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One / Yamaha<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One/Bass Pro Shops<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citi Cards<br>PO Box 6062<br>Sioux Falls, SD 57117-6062 |
| Citi Cards<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Bealls Florida<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Department of The Treasury<br>Internal Revenue Service<br>PO Box 621501<br>Atlanta, GA 30362-3001 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | GTE Financial (dba) GTE Federal CU<br>Attn: Bankruptcy<br>Po Box 172599<br>Tampa, FL 33672-0599 |
| Gtefinancial<br>711 E. Hendersen<br>Tampa, FL 33602-2509 | Highlands Regional Medical Center<br>PO Box 740743<br>Cincinnati, OH 45274-0743 | Highlands Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Highlands Regional Medical Center<br>c/o Medicredit, Inc.<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Hon. Ariana Fajardo Orshan<br>U.S. Attorney for The<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132-2131 | Hon. William Pelham Barr<br>Attorney General of The U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 |
| John Deere Financial<br>P.O. Box 6600<br>Johnston, IA 50131-6600 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LightStream/Suntrust<br>Attn: Bankruptcy<br>655 W Broadway<br>San Diego, CA 92101-8490 |

| | | |
|---|---|---|
| Lightstream Suntrust Bank<br>PO Box 117320<br>Atlanta, GA 30368-7320 | NTB/CBSD<br>Citi Corp Credit Services Centralized Ba<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Special Asst U.S. Atty<br>c/o IRS Area Counsel<br>1000 S Pine Island Rd.<br>Suite 300<br>Plantation, FL 33324-3910 | SunTrust Bank now Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suncoast Credit Union<br>Attn: Bankruptcy<br>Po Box 11904<br>Tampa, FL 33680-1904 |
| Suntrust<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Department<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | W. S. Badcock, Corp.<br>P. O. Box 724<br>Mulberry, FL 33860-0724 |
| Wells Fargo Bank, N.A.<br>PO Box 10347<br>Des Moines, IA 50306-0347 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 |
| James E Copeland Esq<br>James E. Copeland, P.A.<br>P.O. Box 32877<br>Palm Beach Gardens, FL 33420-2877 | James E. Dry<br>P.O. Box 374<br>Venus, FL 33960-0374 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>Attn: Customer Inquires<br>620 Market Street, Suite 100<br>Knoxville, TN 37902 | (d)21st Mortgage Corporation<br>Attn: Bankruptcy<br>PO Box 477<br>Knoxville, TN 37901 | Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 |
| Internal Revenue Service<br>PO Box 931200<br>Louisville, KY 40293-1200 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)West Palm Beach

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48