UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: James E. Dry          JOINT DEBTOR: _____          CASE NO.: 20-12919-EPK

SS#: xxx-xx- 9204              SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $845.28 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $6150.00 | Total Paid: | $1500.00 | Balance Due: | $4650.00 |
|---|---|---|---|---|---|
| Payable | $96.00 | /month (Months | 1 to 5 ) | | |
| Payable | $75.82 | /month (Months | 6 to 60 ) | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
Attorney Fee: $4,500.00; Cost: $150.00; $500 MTV;$500 MTV; $500 pay interest to IRS

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Suncoast Credit Union
   Address: P.O.Box 11904
            Tampa, FL 33680
   Arrearage/ Payoff on Petition Date: 21,672.00 (2% interest Total $ 22,791.60)
   Regular Payment (Maintain): $379.86 /month (Months 1 to 60 )
   Last 4 Digits of Account No.: 0100
   Other: _____

Debtor(s): James E. Dry, _____ Case number: 20-12919-EPK

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: 2013 Ford F150 XLT  Vin: 1FTFW1ET0DFC62458

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☐ NONE

| 1. Creditor: Badcock & More | Value of Collateral: $1,500.00 | **Payment** |
|---|---|---|
| Address: P.O. Box 724 Mulberry, FL 33860 | Amount of Creditor's Lien: $2,547.44 | Total paid in plan: $1,500.00 |
| Last 4 Digits of Account No.: 4766 | Interest Rate: 0.00% | $25.00 /month (Months 1 to 60) |
| Description of Collateral: Queen-Size Bed Set; Chest, Nightstand and Mirror, 60" Television | | |
| Check one below: ☒ Claim incurred less than one year pre-petition ☐ Claim incurred 1 year or more pre-petition | | |
| 2. Creditor: John Deere Financial | Value of Collateral: $3,754.97 | **Payment** |
| Address: 23176 Network Place Chicago. IL 60673 | Amount of Creditor's Lien: $3,754.97 | Total paid in plan: $3,949.20 |
| Last 4 Digits of Account No.: 2980 | Interest Rate: 2.00% | $65.82 /month (Months 1 to 60) |
| Description of Collateral: 2014 John Deere 825I XUV Serial #1M0825GSCFM100543 | | |
| Check one below: ☐ Claim incurred less than one year pre-petition ☒ Claim incurred 1 year or more pre-petition | | |

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☐ NONE

LF-31 (rev. 10/3/17)      Page 2 of 4

Debtor(s): James E. Dry,                    Case number: 20-12919-EPK

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | 21st Mortgage Corporation<br>Attn: Bankruptcy<br>PO Box 477<br>Knoxville, TN 37901 | 2268 | 2016 Fleetwood Westfield Classic<br>VIN#FLE260GA1561985A |
| 2. | S&G Enterprises, LLC<br>P.O. Box 1107<br>Paris, TN 38242 | 8683 | 10x16 Utility Shed |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B. INTERNAL REVENUE SERVICE:** ☐ NONE

Total Due: $10,691.62    Total Payment $12,105.60

Payable: $201.76    /month (Months 1 to 60 )

**C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $20.18 /month (Months 6 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**VIII. NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor will pay the IRS priority claim, including 5% interest. A separate motion will be filed to obtain an order allowing payment of interest to the IRS on it's priority claim.

☐ Mortgage Modification Mediation

Debtor(s): James E. Dry, _____    Case number: 20-12919-EPK

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ James E Dry | Debtor | 5/8/2020 | | Joint Debtor | |
|---|---|---|---|---|---|
| James E. Dry | | Date | | | Date |

| | |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**